## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE MILLER, | : | CASE NO. |
|     Plaintiff, | : | 3:16-cv-174 (AWT) |
| | : | |
| v. | : | |
| | : | |
| THOMAS DUNKERTON, et al. | : | |
|     Defendants. | : | MARCH 1, 2016 |

### MOTION FOR EXTENSION OF TIME

The defendants, Matthew Grimes and George Walker, respectfully move for a 30-day extension of time to and including March 31, 2016 within which to file a response to the complaint.  As discussed during the teleconference with the Court on February 26, 2016, this additional time is requested so that the parties may conduct a conference with PJO Hawkins. The defendants also require additional time to investigate the plaintiff's claims and prepare as responsive pleading.

This is the defendants' first motion for an extension of time to plead.  Counsel for the plaintiff consent to the motion.

DEFENDANTS,
MATTHEW GRIMES
GEORGE WALKER

By:    */s/ Nathaniel J. Gentile*
        Nathaniel  J. Gentile (ct28860)
        Eliot B. Gersten (ct05213)
        Pullman & Comley, LLC
        90 State House Square
        Hartford, CT 06103
        Telephone:  (860) 424-4378
        Facsimile:   (860) 424-4370
        Email:  ngentile@pullcom.com
        Email:  egersten@pullcom.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, a copy of the foregoing Motion for Extension of Time to Plead was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Nathaniel J. Gentile*
Nathaniel  J. Gentile